IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CONTINENTAL CASUALTY COMPANY as subrogee of NEW YORK PILATES NYC LLC,

        Plaintiff,

against

DESSYN BAKERY CORP. d/b/a MILLE-FEUILLE BAKERY CAFÉ and CIMBALI USA, INC.,

        Defendants.

CIVIL ACTION NO.: 19 Civ. 6193 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

An In-Person Status Conference was held today, February 21, 2020. A Telephone Conference is scheduled for **Wednesday, March 25, 2020 at 11:30 am**. At the above date and time, Plaintiff's counsel is directed to call Chambers at (212) 805-0214 with all parties on the line. All counsel who intend to speak during the call must use a landline or phone with equivalent quality. On receipt of this order, each party is directed to ensure that all other parties on the case are aware of the conference date and time.

The Court denied Plaintiff's request to move for spoliation and sanctions against Defendant Dessyn Bakery Corp. d/b/a Mille-Feuille Bakery Café. The parties' case management deadlines (ECF No. 20) are adjourned sine die. Plaintiff's counsel is directed to confer with Defendant and Third-Party Defendant Gruppo Cimbali SPA ("Gruppo Cimbali") before the conference to find out whether Gruppo Cimbali will accept service or must be served pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. If

Gruppo Cimbali is willing to accept service, it must attend the conference on March 25, 2020; if it is not willing, it is encouraged to attend the conference.

At the conference, the parties must be prepared to set dates for the remaining case management deadlines for pleadings, anticipated dispositive motions, the anticipated joint pretrial order (together with any motions in limine or motions to bifurcate), and the anticipated trial.  The parties must also be prepared to provide at least three dates on which all parties are available for a settlement conference.

Dated:    New York, New York
          February 21, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge