IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CONTINENTAL CASUALTY COMPANY as subrogee of NEW YORK PILATES NYC LLC,

        Plaintiff,

against

DESSYN BAKERY CORP. d/b/a MILLE-FEUILLE BAKERY CAFÉ and CIMBALI USA, INC.,

        Defendants.

CIVIL ACTION NO.: 19 Civ. 6193 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

A Telephone Conference was held today, April 1, 2020. Plaintiff Continental Casualty Company is directed to file a letter-motion requesting leave to effectuate service on Gruppo Cimbali SPA pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents by **Wednesday, April 8, 2020**.

Dated:    New York, New York
           April 1, 2020

                              SO ORDERED

                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**